IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:20-CR-00275 |
| | § | Judge Mazzant/Nowak |
| KEYSHA NICOLE STUHLINGER | § | |
| DIAZ (2) | § | |

## FACTUAL BASIS

The defendant, **Keysha Nicole Stuhlinger Diaz**, hereby stipulates and agrees that at all times relevant to the First Superseding Indictment herein, the following facts were true:

1. That the defendant, **Keysha Nicole Stuhlinger Diaz**, who is changing her plea to guilty, is the same person charged in the First Superseding Indictment.

2. That **Keysha Nicole Stuhlinger Diaz** and one or more persons in some way or manner made an agreement to commit the crime charged in the First Superseding Indictment, to manufacture and distribute 5 kilograms or more of a mixture or substance containing a detectable amount cocaine intending, knowing, and with reasonable cause to believe that the cocaine will be unlawfully imported into the United States.

3. That **Keysha Nicole Stuhlinger Diaz** knew the unlawful purpose of the agreement and joined in it with the intent to further it.

4. That **Keysha Nicole Stuhlinger Diaz** knew that the amount involved during the term of the conspiracy involved at least 450 kilograms of a mixture or substance containing a detectable amount of cocaine. This amount was involved in the

Factual Basis
Page 1

conspiracy after the defendant entered the conspiracy, was reasonably foreseeable to the defendant and was part of jointly undertaken activity.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

5.     I have read this Factual Basis and the First Superseding Indictment and have discussed them with my attorney.  I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.


Dated: 5-18-21

_____
KEYSHA NICOLE STUHLINGER DIAZ
Defendant

## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

6.     I have read this Factual Basis and the First Superseding Indictment and have reviewed them with my client.  Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the First Superseding Indictment.


Dated: 5-18-21

_____
FRANKLYN RAY MICKELSEN
Attorney for the Defendant